# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 27, 2025

## NO. 03-23-00530-CV

**Appellant, Bryan Miller// Cross-Appellant, Claudia Miller**

**v.**

**Appellee, Claudia Miller// Cross-Appellee, Bryan Miller**

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND ELLIS
AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE ELLIS**

This is an appeal from the judgment signed by the trial court on September 13, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the portions of the trial court's judgment confirming the Kennedy Street residence, Thrift Savings Plan, and E*Trade 3901 account as Bryan Miller's separate property. We further reverse and remand the trial court's child support order. We affirm the trial court's separate property findings concerning the Hill Stable residence and the E*Trade 5017 account. We reverse and remand the trial court's division of property for a new trial. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.